**Order entered July 29, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00798-CV

**DAVID FLORES, Appellant**

**V.**

**BLANCA FLORES, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-17367**

## ORDER

Before the Court is appellant's July 23, 2015 motion seeking a two-week extension of time to file a brief. Appellant tendered his brief to this Court on July 27, 2015. Accordingly, we **GRANT** appellant's motion to the extent we **ORDER** the brief tendered to this Court by appellant on July 27, 2015 filed as of the date of this order.

/s/      ELIZABETH LANG-MIERS
JUSTICE